# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160801(50)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ZACHARY MICHAEL PATTEN,
        Defendant-Appellant.
_____/

SC: 160801
COA: 343798
Kalamazoo CC: 2017-001093-FC

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on January 14, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2020



Clerk